## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BURKE and MARK RILEY,** | : | |
| individually and on behalf of all others | : | CIVIL ACTION |
| similarly situated, | : | |
|     Plaintiffs, | : | |
| | : | |
|     v. | : | |
| | : | |
| **HONEYWELL** | : | |
| **INTERNATIONAL, INC.,** | : | No. 15-1921 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **26th** day of **April, 2016**, upon consideration of Defendant Honeywell International Inc.'s Motion to Dismiss Plaintiffs' Amended Class Action Complaint, Plaintiffs' response thereto, and Defendant's reply thereon, and for the reasons provided in this Court's Memorandum dated April 26, 2016, it is hereby **ORDERED** that the motion (Document No. 15) is **DENIED**.

                                                    BY THE COURT:

                                                    **Berle M. Schiller, J.**